**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**In re:**

**LUCIA JACINTA ROGERS,**

    **Debtor.**

**CHAPTER 7**

**CASE NO. 11-14848-SSM**

**US BANK NATIONAL ASSOCIATION,**

    **Plaintiff.**

**vs.**

**LUCIA JACINTA ROGERS
AKA LUCIA J. ROGERS
RICHARD A. BARTL, TRUSTEE,**

    **Defendants.**

## ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, US Bank National Association, to amend the automatic stay, the Debtor having failed to file an answer or respond, being in default, the Trustee having endorsed this Order and agreed to its entry, and the Court finding grounds to grant the Motion, it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 102 Grosvenor Lane, Stafford, VA 22556, and described as follows:

> **All that certain lot or parcel of land located in Stafford County, Virginia, described as Unit 252, Phase 26, Sunningdale Meadows Condominium, established pursuant to the Declaration recorded in Deed Book 705 at Page 311, among the Land Records of Stafford County, Virginia.**
>
> **Assessor's Parcel Number: 21G-26-252**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

_____

I ask for this:
**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Counsel for US Bank National Association
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Seen and Agreed:
**/s/ RICHARD A. BARTL**
Richard A. Bartl, Esquire
Chapter 7 Trustee
300 North Washington Street, Suite 202
Alexandria, VA 22314

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Richard A. Bartl, Esquire
Chapter 7 Trustee
300 North Washington Street, Suite 202
Alexandria, VA 22314

Thomas O. Murphy, Esquire
Counsel for Debtor
8709 Plantation Lane
Manassas, VA 20110-4506

Lucia Jacinta Rogers
Debtor
102 Grosvenor Lane, Unit 3
Stafford, VA 22556

/40-010517-11